IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **TABETHA WILLIAMS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO: 1:23-CV-37 (WLS)** |
| : | |
| **I.C. SYSTEM, INC,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Before the Court is a Stipulation of Voluntary Dismissal with Prejudice (Doc. 13) filed on August 24, 2023. Therein, Plaintiff and Defendant stipulate to the dismissal of all claims in the Complaint (Doc. 1) with prejudice, with each Party to bear its own attorneys' fees and costs.

Accordingly, the Stipulation of Voluntary Dismissal with Prejudice (Doc. 13), is **GRANTED.** The Court **ORDERS** that all claims in the Complaint are **DISMISSSED WITH PREJUDICE**, with each Party bearing their own attorney's fees and costs.

**SO ORDERED**, this 28th day of March 2023.

                                                   /s W. Louis Sands_____
                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**